UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT <u>Chattanooga Tennessee</u>

<u>Darion C. Merriweather</u> )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )
v. )
<u>State of Tennessee</u> )
<u>Hamilton County</u> )
<u>Criminal Court Div I+</u> )
(Enter above the NAME of each )
defendant in this action.) )

1:24-cv-194
TRM/CHS

FILED
JUN 11 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Hamilton County Jail

   A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (✓)

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

   C. If your answer is YES,

      1. What steps did you take? _____
         _____

      2. What was the result? _____
         _____

   D. If your answer to B is NO, explain why not. _____
      _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____
         _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Darion C. Merriweather

Present address: 7604 Standifer Gap Rd 37421

Permanent home address: 1959 C. Mclemore Ave 38114

Address of nearest relative: N/A

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: State of Tennessee (Hamilton

Official position: County Criminal Court Div II

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.) ① 14 amendment ② 5 amendment 8 amendment

3

Due Process Violations

unreliable identifications which are based upon impermissibly suggestive photographic

depriving me of effective counsel

Judge making false statements inside open court & not allowing Petitioner copies of court transcripts

Moving court dates so I can miss deadlines to file motions

Not allowing me to fire my counsel even after I let her know he is filing motions and we have not went over discovery and cruel and unusual punishments inflicted

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.
Cite NO cases or statutes.)

My freedom and 2,000# for everday I've had to sit in here

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this Darion C. Merriwea̶t̶h̶day of   June 7   , 20 24 .

_____
Signature of plaintiff(s)

5

## Sample "Certificate of Service"

I hereby certify that a true and correct copy of the foregoing pleading was served on the following persons:

(Here you should list the attorneys or parties and their addresses to who you sent a copy of the pleading.)

Example:

1. Mr. John Smith
   Attorney
   Street Address or Post Office Box
   City, State, Zip Code

2. Ms. Ann Jones
   Street Address or Post Office Box
   City, State, Zip Code

by depositing same in the United States mail this ___7___ day of ___June___, 20~~09~~ 24.

_____
James Jones, Pro Se Plaintiff
Street Address
City, State, Zip Code
Telephone Number

This ___7___ day of ___June___, 2009.

# CERTIFICATE

## TO BE COMPLETED BY AN AUTHORIZED CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ __0__ on account to his/her credit at the __Hamilton Co. Jail__ (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last six months was $ __0__. A copy of the applicant's trust fund account (or an institutional equivalent) for the last six months is attached hereto.

_____
Signature of Authorized Officer

Sworn to and subscribed before me this __7__ day of __Jun__, 2 __024__.

_____
Notary Public

My commission expires __6/21/2026__

[Notary Seal: AMY WEEMS, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF HAMILTON]

